# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140193(39)

JEROME PLUNKETT, as Personal
Representative of the ESTATE OF
HOLLY MARIE PLUNKETT,
      Plaintiff-Appellant,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee.

SC: 140193
COA: 284320
Ingham CC: 05-000166-MD

_____

      On order of the Chief Justice, the motion by the Michigan County Road Commission Self-Insurance Pool for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

_____
Clerk